UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 2600 W. Grand, Inc. | ) | Case No. 13 - 39674 |
| | ) | |
| | ) | |
| Debtor | ) | Judge A. Benjamin Goldgar |

## NOTICE OF FILING

To: See attached service list

**PLEASE TAKE NOTICE** that on June 5, 2014 we caused to be filed the **REPORT OF SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS**, a copy of which is attached hereto and is hereby served upon you.

By: /s/Karen J. Porter
Karen J. Porter (Atty No 6188626)
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
312-372-4400
Fax 312-372-4160

## CERTIFICATE OF SERVICE

I, Karen J. Porter, an attorney, certify that I caused a true and correct copy of this Notice and Report to be served on the attached service list as indicated on the attached service list from my offices located at 230 West Monroe, Suite 240 Chicago, Illinois 60606 on June 5, 2014.

/s/Karen J. Porter

**2600 W. Grand, Inc.**
**Case No. 13-39674**
**Service List**

**Via ECM Electronic Filing**

Patrick S. Layng
Office of the United States Trustee
Room 873
219 South Dearborn Street
Chicago, IL 60604

Forrest B Lammiman
David L. Kane
Meltzer, Purtill & Stelle, LLC.
Suite 3500
300 South Wacker Drive
Chicago, IL 60606

**Via Regular Mail**

Howard B. Samuels
Rally Capital Services, LLC.
Suite 1100
350 North La Salle Street
Chicago, IL 60654

Wintrust
Successor in interest to Diamond Bank FS
9700 Higgins Road
Rosemont, IL 60018

Diamond Bank FSB
100 West North Avenue
Chicago,, IL 60610

Lake Iron, Inc.
c/o Registered Agent Joseph Dynowski
5312 S. Archer Avenue
Chicago, IL 60632

Urszula C. Kaminski
7015 S. Archer
Chicago, , IL 60638

V.G. Construction Corp
n/k/a VGR Enterprise, Inc.
c/o Registered Agent
Gintas Baliutavicius
6619 Tennessee Avenue
Willowbrook, IL 60527

VG Contruction & Remodeling, Inc.
6619 Tennessee Avenue
Willowbrook, IL 60527

Roman Popovych
Suite 101
2600 West Grand Avenue
Chicago, IL 60612

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 2600 W. Grand, Inc. | ) | Case No. 13 - 39674 |
| | ) | |
| | ) | |
| Debtor | ) | Judge A. Benjamin Goldgar |

**REPORT OF SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS**

2600 W. Grand, Inc., debtor and debtor in possession herein, reports on the sale of its real property pursuant to Federal Rule of Bankruptcy Procedure 6004.

1. On May 21, 2014, 2600 W. Grand, Inc. sold the real property located at 2600 W. Grand Avenue, Chicago, Il 60622 to Interforum Holdings, Inc. for the amount of $2,615,000.00.

2. A copy of the Settlement Statement for the sale is attached to this Report as Exhibit A.

Dated: June 4, 2014

By: /s/Karen J. Porter
Karen J. Porter (Atty No 6188626)
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
312-372-4400
Fax 312-372-4160

EXHIBIT A

  **First American**

# First American Title Insurance Company

30 North LaSalle Street, , Suite 2220 • Chicago, IL 60602

Office Phone:(312)750-6780  Office Fax:(866)563-2766

## Final Settlement Statement

**Property:** 2600 W Grand Ave., Chicago, IL 60622

**File No:** 1810-2493572
**Officer:** /JW
**Settlement Date:** 05/21/2014
**Disbursement Date:** 05/21/2014
**Print Date:** 05/21/2014, 12:31 PM

**Buyer:** Interforum Holdings, Inc.
**Address:** 2600 W Grand Ave., Chicago, IL 60622
**Seller:** 2600 W. Grand, Inc.
**Address:** 2600 W Grand Ave., Chicago, IL 60622

| Buyer Charge | Buyer Credit | Charge Description | Seller Charge | Seller Credit |
|---|---|---|---|---|
|  |  | **Consideration:** |  |  |
| 2,615,000.00 |  | Total Consideration |  | 2,615,000.00 |
|  |  | **Earnest Money:** |  |  |
|  | 261,500.00 | Total Deposit/Earnest Money |  |  |
|  |  | Disbursed as Proceeds ($261500.00) |  |  |
|  |  | Excess Deposit |  |  |
|  |  | **Adjustments:** |  |  |
|  | 13,500.00 | **Security Deposit Credit | 13,500.00 |  |
| 13,500.00 |  | Security Deposit Purchase Adjustment |  | 13,500.00 |
|  |  | **Prorations:** |  |  |
|  | 23,123.53 | County Tax 2013  01/01/13 to 12/31/13 | 23,123.53 |  |
|  | 19,849.98 | County Tax 2014  01/01/14 to 05/21/14 | 19,849.98 |  |
|  |  | **Commission:** |  |  |
|  |  | Commission Paid at Settlement  to Frontline Real Estate Partners | 45,000.00 |  |
|  |  | **Attorney:** |  |  |
| 1,700.00 |  | Attorney Fee  to Demchenko & Kashuba LLC |  |  |
|  |  | Attorney Fee  to Jonathan M. Aven | 2,500.00 |  |
|  |  | **New Loan(s):** |  |  |
|  |  | Lender: Cash Transaction |  |  |
|  |  | **Net proceeds:** |  |  |
|  |  | Lender: First Merit Bank, NA |  |  |
|  |  | Net Proceeds - First Merit Bank, NA | 2,496,973.36 |  |
|  |  | **Title/Escrow Charges to:** |  |  |
| 3.00 |  | State of IL Owner's Policy Fee  to First American Title Insurance Company |  |  |
| 25.00 |  | Closing Protection Coverage-Buyer  to First American Title Insurance Company |  |  |
| 50.00 |  | Closing Protection Coverage-Seller  to First American Title Insurance Company |  |  |
| 728.13 |  | Deed and Money Escrow  to First American Title Insurance Company | 728.13 |  |
| 100.00 |  |  |  |  |

Continued From Page 1

## Final Settlement Statement

Settlement Date: 05/21/2014
Print Date: 05/21/2014

File No: 1810-2493572
Officer: /JW

| Buyer Charge | Buyer Credit | Charge Description | Seller Charge | Seller Credit |
|---|---|---|---|---|
| | | **Disbursements Paid:** | | |
| | | Reserve for Claims to Meltzer, Purtill & Steele, LLC | 25,000.00 | |
| | | FedEx Overnight Fee to Jonathan M. Aven | 25.00 | |
| | 2,350,397.12 | Cash (X From) ( To) Buyer | | |
| | | Cash ( To) ( From) Seller | | |
| 2,668,370.63 | 2,668,370.63 | Totals | 2,628,500.00 | 2,628,500.00 |

BUYER(S):

Interforum Holdings, Inc.

_Authorized Agent_

First American Title Insurance Company

By _____

**Judith Woods/Escrow Closer**

SELLER(S):

2600 W. Grand, Inc.